☑011

AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martinez, Philip R. | U.S. District Court - W.D. Tex | 10/10/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | X Nomination, Date 10/09/2001 <br> Initial ___ Annual ___ Final ___ | 01/01/2000 to 09/30/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| c/o 327th District Court <br> 500 E. San Antonio, Room 606 <br> El Paso, TX 79901 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Director | Texas Center for the Judiciary, Inc. |
| 2 Director | El Paso Holocaust Museum & Study Center |
| 3 Chairman | El Paso County Juvenile Board |

## AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| | Texas County & District Retirement System; pension |
| | Employees Retirement System of Texas; pension |

## NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 99 | State of Texas | $101,796.14 |
| 99 | El Paso County | $ 9,299.94 |
| 99 | Fees for Ceremonies | $ 1,605.00 |
| 99 | Public School System, Teacher | |

☑012

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Martinez, Philip R. | Date of Report<br>10/10/2001 |
|---|---|---|

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

|  | **SOURCE**<br>NONE (No such reportable reimbursements.) | **DESCRIPTION** |
|---|---|---|
| 1 |  | EXEMPT |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |
| 6 |  |  |
| 7 |  |  |

## . GIFTS

*includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| **SOURCE**<br>NONE (No such reportable gifts.) | **DESCRIPTION** | **VALUE** |
|---|---|---|
|  | EXEMPT |  |
|  |  |  |
|  |  |  |

## LIABILITIES

*ies those of spouse and dependent children. See pp 33-35 of Instructions.)*

| **CREDITOR**<br>NONE (No reportable liabilities.) | **DESCRIPTION** | **VALUE CODE*** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Martinez, Philip R. | 10/10/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  IRA #1 (Traditional) | | | | | EXEMPT | | | | |
| 2  -Washington Mutual Investors | D | Dividend | L | T | EXEMPT | | | | |
| 3  -Europacific Growth | D | Dividend | K | T | EXEMPT | | | | |
| 4  IRA #2 | | | | | EXEMPT | | | | |
| 5  -Investment Co. of America | A | Dividend | J | T | EXEMPT | | | | |
| 6  -New Perspective Fund | A | Dividend | J | T | EXEMPT | | | | |
| 7  Brokerage Acct. #1 | | | | | EXEMPT | | | | |
| 8  -Growth Fund of America | A | Dividend | J | T | EXEMPT | | | | |
| 9  -New Economy Fund | A | Dividend | J | T | EXEMPT | | | | |
| 0  -Centennial Money Market Fund | B | Dividend | J | T | EXEMPT | | | | |
| 1  Brokerage Acct. #2 | | | | | EXEMPT | | | | |
| -Schwab One Interest | A | Interest | J | T | EXEMPT | | | | |
| --Tyco Common Stock | A | Dividend | | | EXEMPT | | | | |
| --Biotime Common Stock | | None | | | EXEMPT | | | | |
| --Sabre Holdings | | None | | | EXEMPT | | | | |
| --AMR Corp. Common Stock(*) | | None | | | EXEMPT | | | | |
| --Oracle Common Stock(*) | | None | | | EXEMPT | | | | |

Income Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(1, D4)  F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(1, D3)  O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(1, D3)   U=Book Value   V=Other   W=Estimated

☑014

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Martinez, Philip R. | 10/10/2001 |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | | | | | | | | | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 --NASDAQ 100 | | None | J | T | EXEMPT | | | | |
| 19 --Intel Common Stock | A | Dividend | J | T | EXEMPT | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |

Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

s:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
U=Book Value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martinez, Philip R. | 10/10/2001 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*Indicate part of report.)*

(*) The AMR Corp. Common Stock and the Oracle Common Stock were sold during the reporting period and a gain was realized upon sale.   While the stock was owned by Reporter, no income from dividend, interest, or rent was received.   Since Reporter is exempt from reporting transactions (Part VII, Section D), information about the

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martinez, Philip R. | 10/10/2001 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*Indicate part of report.)*

(*) The AMR Corp. Common Stock and the Oracle Common Stock were sold during the reporting period and a gain was realized upon sale.   While the stock was owned by Reporter, no income from dividend, interest, or rent was received.   Since Reporter is exempt from reporting transactions (Part VII, Section D), information about the

☑016

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Philip R. | 10/10/2001 |

# FINANCIAL DISCLOSURE REPORT

## SECTION HEADING.  (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

### PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Secretary, Chair-Elect | Juvenile Law Section, State Bar of Texas |
| 5 | Chairman | Harvard Schools & Scholarships Committee |

### PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000 | State of Texas | $101,702.00 |
| 6 | 2000 | El Paso County | $ 9,299.94 |
| 7 | 2000 | Fees for Ceremonies | $ 1,575.00 |
| 8 | 2000 | Public School System, Tacher | |
| 9 | 2000 | Self-Employed, Teacher | |
| 0 | 2001 | State of Texas | $ 84,750.00 |
| 1 | 2001 | El Paso County | $ 7,153.60 |
| | 2001 | Fees for Ceremonies | $ 1,425.00 |
| | 2001 | Public School System, Teacher | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Philip R. | 10/10/2001 |

# FINANCIAL DISCLOSURE REPORT

## SECTION HEADING.  (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

### PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|

### PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Martinez, Philip R. | Date of Report<br>10/10/2001 |
| --- | --- | --- |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _10/10/01_

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH
### (AS OF JUNE 30, 2001)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 16 | 300 | 00 | Notes payable to banks—secured | 14 | 000 | 00 |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 12 | 32 0 | 00 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | 5 | 000 | 00 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | 200 | 00 | Real estate mortgages payable—add schedule | 70 | 000 | 00 |
| Real estate owned—add schedule | 165 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 39 | 600 | 00 | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | 337 | 470 | 00 | | | | |
| (see attached schedule) | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 89 | 000 | 00 |
| | | | | Net Worth | 481 | 890 | 00 |
| Total Assets | 570 | 890 | 00 | Total liabilities and net worth | 570 | 890 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | -0- | | Are any assets pledged? (Add schedule.) | | -0- | |
| On leases or contracts | | -0- | | Are you defendant in any suits or legal actions? | | NO | |
| Legal Claims | | -0- | | Have you ever taken bankruptcy? | | NO | |
| Provision for Federal Income Tax | | -0- | | | | | |
| Other special debt | | -0- | | | | | |